# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00188-CV

**Nobell Communications, Inc., d/b/a Nobell Communications of Delaware, f/k/a Nobell Communications, Inc., a Texas Corporation, Appellant**

**v.**

**Andrew Heller, Harvey Ring, and Carmelo M. Gordian, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-07-000225, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on September 28, 2009. On October 28, 2009, this Court notified Appellant that its brief was overdue and that failure to file a proper motion for extension of time by November 9, 2009, would result in the dismissal of this appeal for want of prosecution. To date, Appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed for Want of Prosecution

Filed:   December 16, 2009